```
                                                                  JS-6
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-7479-VBF(OPx)**                    Dated: **March 4, 2011**

Title:    Arol Glenn Miller, et al. -v- Timothy F. Geithner, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

          Joseph Remigio                       None Present
          Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER DISMISSING ACTION**


     On January 25, 2011, the Court dismissed the Complaint, without leave to amend, as to Defendants American Home Mortgage Servicing, Inc.; Deutsche Bank National Trust Company, As Trustee For Soundview Home Loan Trust; Sand Canyon Corporation fka Option One Mortgage Corporation; and Federal National Mortgage Association.  Dkt. 20.  Plaintiffs had not filed any opposition to the motion to dismiss filed by these defendants.

     On January 26, 2011, the Court set an Order to Show Cause regarding why the remaining Defendants Timothy F. Geithner, United States Department of the Treasury, The Federal Housing Finance Agency, and Federal Home Loan Mortgage Corporation should not be dismissed for Plaintiffs' failure to timely serve or failure to prosecute ("OSC").  See Fed. R. Civ. P. 4(m); 41(b).

     The OSC was set for February 28, 2011 at 8:30 a.m. and required Plaintiffs to file proofs of service or a statement showing good cause for their failure to do so no later than February 22, 2011.

     As of March 4, 2011, no proofs of service or other response has been filed by Plaintiffs.


MINUTES FORM 90                           Initials of Deputy Clerk ___jre___
CIVIL - GEN

     The Court hereby DISMISSES the Complaint as to Timothy F. Geithner, United States Department of the Treasury, The Federal Housing Finance Agency, and Federal Home Loan Mortgage Corporation for Plaintiffs' failure to timely serve and failure to prosecute. Fed. R. Civ. P. 4(m); 41(b).

     The Court hereby DISMISSES this action in its entirety for failure to prosecute and failure to comply with Court orders. Fed. R. Civ. P. 41(b).

     This matter is closed and all future dates are vacated.

MINUTES FORM 90                             Initials of Deputy Clerk   jre
CIVIL - GEN